IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE IS NOW, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUALIZER GROUP INTERNATIONAL, et al.,<br><br>    Defendants.<br>_____ / | No. C 12-03376 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING** |

On June 28, 2012, Plaintiff Life is Now, Inc. ("Plaintiff") filed an *ex parte* application for a temporary restraining order ("TRO") and an order to show cause why a preliminary injunction should not issue. It is HEREBY ORDERED that Plaintiff shall serve Defendants with a copy of the Complaint, the application, and the declaration in support thereof, by no later than 5:00 p.m. on July 2, 2012. Plaintiff shall file a proof of service by no later than 11:00 a.m. on July 3, 2012.

Defendants shall file and serve any opposition to the application by no later than 5:00 p.m. on July 3, 2012, and Plaintiff shall file and serve any reply by no later than 10:00 a.m. on July 5, 2012. The Court shall hold a hearing on the application at 10:00 a.m. on July 6, 2012. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

///

///

1    The Court further directs Plaintiff to lodge copies of the documents he seeks to file
2 under seal and to file an administrative motion seeking to file such documents under seal by no
3 later than 3:00 p.m. on July 3, 2012.

**IT IS SO ORDERED.**

Dated: July 2, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE