IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFE IS NOW, INC.,

    Plaintiff,

v.

EQUALIZER GROUP INTERNATIONAL, et al.,

    Defendants.

No. C 12-03376 JSW

**ORDER RESERVING RULING**

The Court has received the declarations filed by Plaintiff's counsel filed on July 6 and July 10, 2012. Based on these declarations, and the attached exhibits, it appears as though the immediacy of Plaintiff's request for a temporary restraining order ("TRO") has subsided. Moreover, it appears as though Plaintiff and defendant Kathleen O'Donnell are in the process of negotiating a settlement. Therefore, the Court HEREBY RESERVES ruling on Plaintiff's application for a TRO. The Court FURTHER ORDERS that if Plaintiff has not yet dismissed this action, it shall advise the Court of the status of the settlement negotiations by no later than July 20, 2012.

**IT IS SO ORDERED.**

Dated: July 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE