**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LIFE IS NOW, INC.,

10              Plaintiff,                    No. C 12-03376 JSW

11      v.

12   EQUALIZER GROUP INTERNATIONAL, et    **ORDER TO SHOW CAUSE WHY**
     al.,                                 **THE CASE SHOULD NOT BE**
13                                         **FILED IN THE PUBLIC RECORD**
              Defendants.
14   _____/

15

16          On July 18, 2012, plaintiff Life is Now, Inc. ("Plaintiff") and defendant Kathleen

17   O'Donnell a/k/a Coco O'Donnell ("O'Donnell") filed a stipulation and proposed order.  In their

18   proposed order, Plaintiff and O'Donnell request that the Court seal this entire case.  As a public

19   forum, the Court will only entertain requests to seal that establish good cause and are narrowly

20   tailored to seal only the particular information that is genuinely privileged or protectable as a

21   trade secret or otherwise has a compelling need for confidentiality.  Documents may not be filed

22   under seal pursuant to blanket protective orders covering multiple documents.  In addition,

23   counsel should not attempt to seal entire pleadings or declarations without a particularized

24   showing explaining why the request could not be more narrowly tailored.  Any order granting a

25   request to seal shall direct the sealing of only those documents, pages, or if practicable, those

26   portions of documents or pages that contain the information requiring confidentiality.  All other

27   portions of such documents shall remain in the public file.  Civil L.R. 79-5(b) & cmt.

28

The parties have not made any showing as to why this entire case should be sealed.  The Court notes that Plaintiff publicly filed this case on June 28, 2012.  With the exception of the exhibits for which Plaintiff requested and was granted the ability to file under seal, all documents in this case, including the stipulation requesting that this entire action be sealed, have been filed in the public record.  It is not clear to the Court that Plaintiff and O'Donnell could make the requisite showing to file this entire action under seal.  Nevertheless, the Court will provide Plaintiff and O'Donnell an opportunity to do so.  By no later than July 25, 2012, Plaintiff and/or O'Donnell are HEREBY ORDERED to Show Cause ("OSC") why this entire action, with the exception of the sealed exhibits, should not remain in the public record.

Moreover, the stipulation between Plaintiff and O'Donnell, the only defendant who has been served, appears to fully resolve the dispute between them.  However, the stipulation does not include a request to dismiss this action.  In the response to this OSC, Plaintiff should explain why it is not requesting to dismiss this action.

**IT IS SO ORDERED.**

Dated: July 19, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California