**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LIFE IS NOW, INC.,

10             Plaintiff,                         No. C 12-03376 JSW

11     v.

12  EQUALIZER GROUP INTERNATIONAL, et          **ORDER TO SHOW CAUSE WHY**
    al.,                                        **THE CASE SHOULD NOT BE**
13                                              **FILED IN THE PUBLIC RECORD**
               Defendants.
14  _____/

15

16         On July 18, 2012, plaintiff Life is Now, Inc. ("Plaintiff") and defendant Kathleen

17  O'Donnell a/k/a Coco O'Donnell ("O'Donnell") filed a stipulation and proposed order.  In their

18  proposed order, Plaintiff and O'Donnell request that the Court seal this entire case.  As a public

19  forum, the Court will only entertain requests to seal that establish good cause and are narrowly

20  tailored to seal only the particular information that is genuinely privileged or protectable as a

21  trade secret or otherwise has a compelling need for confidentiality.  Documents may not be filed

22  under seal pursuant to blanket protective orders covering multiple documents.  In addition,

23  counsel should not attempt to seal entire pleadings or declarations without a particularized

24  showing explaining why the request could not be more narrowly tailored.  Any order granting a

25  request to seal shall direct the sealing of only those documents, pages, or if practicable, those

26  portions of documents or pages that contain the information requiring confidentiality.  All other

27  portions of such documents shall remain in the public file.  Civil L.R. 79-5(b) & cmt.

28

1    The parties have not made any showing as to why this entire case should be sealed.  The

2    Court notes that Plaintiff publicly filed this case on June 28, 2012.  With the exception of the

3    exhibits for which Plaintiff requested and was granted the ability to file under seal, all

4    documents in this case, including the stipulation requesting that this entire action be sealed,

5    have been filed in the public record.  It is not clear to the Court that Plaintiff and O'Donnell

6    could make the requisite showing to file this entire action under seal.  Nevertheless, the Court

7    will provide Plaintiff and O'Donnell an opportunity to do so.  By no later than July 25, 2012,

8    Plaintiff and/or O'Donnell are HEREBY ORDERED to Show Cause ("OSC") why this entire

9    action, with the exception of the sealed exhibits, should not remain in the public record.

10    Moreover, the stipulation between Plaintiff and O'Donnell, the only defendant who has

11    been served, appears to fully resolve the dispute between them.  However, the stipulation does

12    not include a request to dismiss this action.  In the response to this OSC, Plaintiff should

13    explain why it is not requesting to dismiss this action.

14    **IT IS SO ORDERED.**

15

16    Dated: July 19, 2012

17    JEFFREY S. WHITE
      UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2