Stephen J. Thomas – Bar No. 120751
Tim C. Lin – Bar No. 263885
THE THOMAS LAW GROUP
17800 Castleton Street, Suite 605
City of Industry, CA 91748
Telephone: (626) 771-1005
Facsimile: (626) 628-1905
*Attorneys for Plaintiff Life Is Now, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE IS NOW, INC.,<br><br>             Plaintiff,<br><br>vs.<br><br>EQUALIZER GROUP INTERNATIONAL, a business of unknown type; FREDERICK HASTINGS, an individual; KATHLEEN O'DONNELL aka COCO O'DONNELL, an individual; FRAUDANDSCAM.COM, a business of known type; KIRK KENNEDY, an individual; and DOES 1 through 50 inclusive,<br><br>             Defendants. | Case No. 3:12-cv-03376-JSW<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBITS A THROUGH D TO PLAINTIFF'S COMPLAINT** |

   This matter comes before the Court on Plaintiff's Motion to File Under Seal Exhibits A Through D To Plaintiff's Complaint.  Upon consideration of plaintiff's Motion and the entire record of this case, Plaintiff's Motion to File Under Seal Exhibits A Through D To Plaintiff's Complaint is GRANTED.  Plaintiff is granted leave to file Exhibits A through D to plaintiff's Complaint under seal.

IT IS SO ORDERED

Dated: __July 25, 2012_____

_____
Honorable Jeffrey S. White