Stephen J. Thomas – Bar No. 120751
Tim C. Lin – Bar No. 263885
THE THOMAS LAW GROUP
17800 Castleton Street, Suite 605
City of Industry, CA 91748
Telephone: (626) 771-1005
Facsimile: (626) 628-1905
*Attorneys for Plaintiff Life Is Now, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIFE IS NOW, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EQUALIZER GROUP INTERNATIONAL, a business of unknown type; FREDERICK HASTINGS, an individual; KATHLEEN O'DONNELL aka COCO O'DONNELL, an individual; FRAUDANDSCAM.COM, a business of known type; KIRK KENNEDY, an individual; and DOES 1 through 50 inclusive, <br><br> Defendants. | Case No. 3:12-cv-03376-JSW <br><br> **AMENDED AGREED ORDER** <br><br> Department: 11 <br><br> Judge: Honorable Jeffrey S. White |

WHEREAS defendant Kathleen O'Donnell, having appeared and consented, without contest, to entry of this Order before any testimony has been taken, and plaintiff having consented to this Order, pursuant to the request of the parties hereto, IT IS ORDERED:

1. That Kathleen O'Donnell, her agents and representatives are permanently enjoined from violating the confidentiality and non-disparagement provisions of the Agreements;

2. That failure to comply with the terms of this Order may subject defendant, her agents and representative, to civil penalties and/or punitive damages including reimbursement of costs and attorneys fees incurred by plaintiff;

3. This Order shall apply to and be binding upon defendant O'Donnell, her agents, employees, contractors, consultants, successors, and assignees, including but not limited to individuals, partners, subsidiary and parent corporations, and upon any successor that may have responsibility for and jurisdiction over the subject matter of this Order;

4. The effective date of this Order is the date it is signed by this Court.

SO ORDERED, this 25 day of July, 2012

_____
Honorable Jeffery S. White